JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shafqat Ali, Kashif Ali

**DEFENDANTS**
EHM All Things Healthy, LLC
Plane Golf Holdings, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ADR

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

CV12-01799 JSC

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

E-filing

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. 512 et. seq; 17 U.S.C. 1501 et seq.; 28 U.S.C.1338(a)
Brief description of cause:
False allegations of Trademark and Copyright Infringement. Seeking Declaratory and Compensatory Relief

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*
☐ SAN FRANCISCO/OAKLAND ☒ SAN JOSE ☐ EUREKA

DATE 04/04/2012     SIGNATURE OF ATTORNEY OF RECORD   Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Shafqat Ali, Kashif Ali**
**Plaintiffs,** *Pro Se*
#1 Jalan 2/2J, Twinpalms Sg. Long
Kuala Lumpur, 57000 Malaysia
+60 (14) 99999200
Fax +61 (3) 9012-4287
*info@genuine-pendant.com*

Filed
APR 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SHAFQAT ALI
KASHIF ALI

    Plaintiff's *Pro Se*

v.

EHM ALL THINGS HEALTHY, LLC,
PLANE GOLF HOLDINGS, LLC
    Defendants.

Case No. CV12-01799 JSC

**COMPLAINT FOR DECLARATORY JUDGMENT OF COPYRIGHT NONINFRINGEMENT AND TRADEMARK NONINFRINGEMENT, INJUNCTIVE RELIEVE, AND JUDICIAL FINDING OF DAMAGES AND EQUITABLE RELIEF**

**JURY TRIAL DEMANDED**

COMPLAINT

-1-

For their complaint, pages 1-10 inclusive, Plaintiffs Shafqat Ali and Kashif Ali, appearing *pro se*, aver as follows:

## THE PARTIES

1. Plaintiffs Shafqat Ali and Kashif Ali, are father and son and are residents of Malaysia and are running successful unincorporated business out of their home. Plaintiffs operate a bio-health jewelry business in which they acquire contaminant free jewelry and other similar products from various manufacturers and sell them through auction on eBay, a popular Internet auction site, after repackaging them under their registered Trademark name of BIOEXCEL®.

2. Defendant, EHM ALL THINGS HEALTHY, LLC, is a Florida Corporation having offices at, 7958 Pins Blvd # 214, 33024 Pembroke Pines, FL. Defendant is in the business of selling through auction on eBay products similar to those of Plaintiffs and thus appeals to a similar customer base and is in a position to receive direct benefit from Plaintiff's loss of business. Upon information and belief, Defendant caused the issuance of a *Notice of Claimed Infringement* (NOCI) to eBay, forcing eBay to take restrictive measures against Plaintiffs.

3. PLANE GOLF HOLDINGS, LLC is a Delaware Corporation, operating in and out of Maryland and having offices at13050 Middlebrook Rd. Germantown, MD 20874. Upon information and Belief, said Defendant, acting as agent for and conspirator with EHM ALL THINGS HEALTHY, LLC issued to eBay the aforementioned NOCI which intentionally and falsely claimed Plaintiffs were infringing upon Defendants' intellectual property rights.

4. Defendants premeditated false claim of the NOCI compelled eBay, pursuant to its verified rights owners program (VeRO), to terminate Plaintiff's auctions on eBay and thus was the direct and proximate cause of loss of business and income to Plaintiffs and caused damage to Plaintiffs' business reputation.

COMPLAINT

## JURISDICTION

5. Jurisdiction is proper in this Court because the subject matter of this litigation arises under federal law, namely, 17 U.S.C. § 1501 et seq. (Lanham Act). The Court has jurisdiction over this action under 28 U.S.C. § 1331 (Federal Question), 28 U.S.C. §1338(a) (Trademark), 22 U.S.C. §2201 (Declaratory Judgment Act), and 17 U.S.C. § 512 et seq. (Digital Millennium Copyright Act, DMCA).

6. This Court has personal jurisdiction over Defendants because, based upon information and belief, Defendants conduct business in the State of California and within its district, including advertisement and sale of its products through a California Internet company.

7. Personal jurisdiction is further established through Defendants' use of a *Notice of Copyright Infringement* (NOCI) as stated by the Tenth Circuit Court of Appeals in *Dudnikov v. Chalk & Vermillion Fine Arts* (No. 06-1458---F.3d, 2008, WL 217724 (10th Cir. January 28, 2008)).

8. This Court has supplemental jurisdiction over any common law and state statutory claims under 28 U.S.C. § 1367 (Supplemental Jurisdiction Act).

9. An actual case or controversy has arisen between the parties. Defendants have erroneously asserted that Plaintiffs' advertising and sale of goods on eBay constitutes a trademark infringement. These statements have injured and will continue to injure Plaintiffs'.

## VENUE

10. Venue is proper in this District under 28 U.S.C. § 1391(b) and 1391(c) (Venue).

## INTRADISTRICT ASSIGNMENT

11. Assignment to the San Jose Division is appropriate pursuant to Civil Local Rules 3-2(c) and 3-2(d) because acts and omissions giving rise to the Commission's claims occurred, among other places in this district, in Santa Clara County.

COMPLAINT

## GENERAL ALLEGATIONS

Plaintiffs' Business

12. Shafqat Ali and Kashif Ali, Plaintiffs, are residents of Malaysia running a successful unincorporated home-based business on eBay. Plaintiffs operate a "bio health jewelry" business in which uncontaminated jewelry items and other bio-health products are purchased from various manufacturers, repackaged and under their registered Trademark name of BIOEXCEL®.

13. Plaintiffs are one of the largest e-suppliers of Scalar Energy, Health and Natural health products in the world. Plaintiffs sell their products through their website, and through eBay auctions using the eBay selling ID of GENUINE-PENDANT.

14. eBay is a popular Internet auction site accessible at http://www.ebay.com/. The eBay site allows users to post items for sale, on which other users may place bids. When the time allotted for the auction is complete, the site informs the highest bidder that he or she has "won" the auction, and informs the seller of the identity and contact information of the highest bidder. eBay also allows sellers to list items for sale in their "eBay Store" which is almost identical to the standard auction. After the buyer and seller complete their transaction, the eBay site offers both parties the opportunity to leave "feedback" on the quality of the goods and the speed and smoothness of the transaction.

15. Plaintiffs began selling items on eBay in the year 2010. They have maintained a great customer feedback of 100% on eBay site. eBay sales have become the primary source of financial support for Plaintiffs. Plaintiffs sell high-quality goods, and nearly have many repeat customers.

eBay Policies

16. In order to attempt to prevent the sale of goods that infringe copyright and trademark rights through its site, eBay has established the Verified Rights Owner Program ("VeRO"). The VeRO program was initiated by eBay to bring it into compliance with the

COMPLAINT

-4-

take-down provisions of the DMCA. The name "Verified Rights Owner" is a misnomer as eBay does not require the alleged "Rights Owner" to actually prove they hold any real rights under trademark, patent or copyright laws. eBay also keeps score of the take-downs, assigning black-marks against the seller's record, and frequently suspending repeat offenders.

17. Under the DMCA, in order to halt an ongoing auction, the alleged rights owner must file a NOCI representing, under penalty of perjury that they have a good faith belief that the items offered in that auction are infringing upon intellectual property rights. After receipt of these representations, eBay summarily suspends the auction without further investigation. eBay is not required to investigate the validity of the claims under the DMCA. eBay instructs sellers whose auctions have been halted due to a complaint from a rights-holder to contact the rights-holder to resolve the dispute and will only reinstate the halted auction and remove the black-mark if the alleged rights-holder retracts the NOCI.

Acts of Defendant EHM ALL THINGS HEALTHY, LLC

18. Pursuant to eBay's VeRO program, eBay shut down several of Plaintiffs' auctions in response to Defendant's filings of NOCI. Included in the eBay notification of auction termination to the Plaintiffs is the warning: "*IMPORTANT NOTICE: Repeated violations of this or other eBay policies may result in the suspension of your account.*" (*see* **Exhibit A, attached herein**).

19. The products in the terminated auctions cannot be re-listed as another takedown would result in immediate and possible permanent suspension of Plaintiffs' eBay account and a *de facto* closing of their business. Suspension of auction from will shut-down the lucrative business the Plaintiffs have built.

20. Defendant is aware that they are not valid copyrights or trademark holders of the word BIOEXCEL®, the Plaintiffs in fact having this particular trademark registered in their name at Registration No. 2011004971 with the Trademark office of Malaysia (*see* **Exhibit B, attached herein).**

COMPLAINT

21. After more than 9 email attempts by Plaintiffs to contact Defendant between the Plaintiffs and the Defendants, to which Defendant refused to reply to Plaintiffs' written demand for retraction of the NOCI, Plaintiffs have no recourse but to move this Court for a declaratory judgment and damages to protect their business, the reputation of their business and to recompense for the loss of income and other damages caused by Defendant's false NOCI ( *see* **Exhibit C, attached herein**).

Acts of Defendant PLANE GOLF HOLDINGS LLC.

22. Plaintiffs Shafqat Ali and Kashif Ali had been in the business of selling the aforementioned bio health products via auction on eBAy under their trademark BIOEXCEL®.

23. Upon information and belief the Defendant PLANE GOLF HOLDINGS, LLC is the Agent of Defendant EHM ALL THINGS HEALTHY, LLLC which sells the similar products to its customers and has a similar kind of customer base as that of the plaintiffs.

24. On December 22nd, Defendant PLANE GOLF HOLDINGS, LLC transmitted to eBay a NOCI which stated under penalty of perjury that this Defendant had a good faith belief that Plaintiffs sale of products via auction infringed Defendant's intellectual property rights.

25. Upon information and belief, said NOCI was sent on behalf of Defendant EHM ALL THINGS HEALTHY, LLC.

26. When they received this notice, eBay halted Plaintiffs' auction of products.

27. Defendant EHM ALL THINGS HEALTHY, LLC will receive direct and substantial benefit Plaintiffs' account is suspended due to multiple NOCI allegations and subsequent auction.

28. Pursuant to eBay's VeRO program, when eBay halted Plaintiffs' auction due to multiple alleged NOCI, eBay suspended Plaintiff's account (*see* **Exhibit D, attached herein**).

COMPLAINT

29. Plaintiffs responded to eBay with a Counter Notice of trademark infringement however, due to eBay's policy of non-interference as articulated in paragraphs 16 and 17 of this complaint, eBay took no action to investigate or verify Defendants' allegations (*see* **Exhibit E, attached herein**).

30. Because of Defendant's false NOCI, Plaintiffs have suffered substantial loss of revenue from their auctions. The revenue formerly generated through said auctions was Plaintiffs sole source of revenue.

## CLAIMS FOR RELIEF

## CLAIM ONE

**(Declaratory Judgment of Non Infringement of Copyright 17 U.S. C. §101 et seq.)**

31. Plaintiffs repeat and re-allege paragraphs 1 though 29 as if fully set forth in this Paragraph.

32. There is a real and actual controversy between Plaintiffs and Defendants regarding whether Plaintiffs' actions constitute copyright, trademark or other intellectual property rights infringement. Defendants have placed the at-home eBay auction business of the Plaintiffs in jeopardy and have not responded to the Plaintiffs' counter notice or other communications of the Plaintiffs.

33. Plaintiffs have been using their registered trademark since 2010, having filed in 2009. Defendants therefore knowingly raise false claims on the rights of the mark being used by the Plaintiffs which has caused and will continue to cause significant economic loss to the Plaintiffs through eBay's suspension of Plaintiffs' business and sole source of income.

34. Defendants have resorted to unfair trade practices and unfair competition by knowingly raising false claims of Copyright infringement by the Plaintiffs.

35. Plaintiffs seek a declaratory judgment and injunctive relief pursuant to Copyright Law (17 U. S. C. §101, et seq.) that selling the products by the plaintiff under their registered

COMPLAINT

trademark "BIOEXCEL®" is not an infringement of any trademarks or as alleged by Defendants.

36. In light of the above facts and circumstances the plaintiff is entitled to the damages, compensation, cost and attorney fees to be recovered as the action of the respondents to cause the harm to the plaintiffs was deliberate, unlawful and malicious.

## CLAIM TWO

### (Declaratory Judgment of Non-Infringement of Trademarks, 15 U.S.C. § 1051 et seq., Lanham Act)

37. Plaintiffs repeat and re-allege paragraphs 1 though 36 as if fully set forth in this Paragraph.

38. There is a real and actual controversy between Plaintiffs and Defendants regarding whether Plaintiffs' actions constitute copyright, trademark or other intellectual property rights infringement. Defendants have placed the at-home eBay auction business of the Plaintiffs in jeopardy and have not responded to the Plaintiffs' counter notice or other communications of the Plaintiffs.

39. Plaintiffs have been using their registered trademark since 2010. Defendants therefore knowingly raise false claims on the rights of the mark being used by the Plaintiffs which has caused and will continue to cause significant economic loss to the Plaintiffs through eBay's suspension of Plaintiffs' business and sole source of income.

40. Defendants have resorted to unfair trade practices and unfair competition by knowingly raising false claims of Trademark infringement by the Plaintiffs.

41. Plaintiffs seek a declaratory judgment and injunctive relief pursuant to Lanham Act (15 USC §1051 et seq.) that selling the products by the Plaintiffs under their registered trademark "BIOEXCEL®" is not an infringement trademark of the Defendants.

42. In light of the above facts and circumstances the plaintiff is entitled to the damages, compensation, cost and attorney fees to be recovered as the action of the respondents to cause the harm to the plaintiffs was deliberate, unlawful and malicious.

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Shafqat Ali and Kashif Ali respectfully request as follows:

a. Enter judgment according to the declaratory relief sought.
b. Award Plaintiffs their costs in this action
c. Award Plaintiffs actual damages and compensation for the per diem loss of income which is the direct and proximate result of Defendants' illegal actions.
d. Issue an order restraining Defendants, their agents, servants, employees, successors, and assigns, and all others in concert and privity with them, from bringing any lawsuit, threats or NOCI against Plaintiffs or any other person or entity for copyright infringement or trademark infringement in connection with the manufacturing, marketing, and sale of products in name of BIOEXCEL® as described above;
e. Issue an order restraining Defendants, their agents, servants, employees, successors, and assigns, and all others in concert and privity with them, from interfering with eBay auctions, or other Internet auctions, that offer for sale of products in name of BIOEXCEL® as described above, as being infringing of their intellectual property rights;

## DEMAND FOR JURY TRIAL

Respectively submitted on this the __30th__ Day of March 2012.

By: _____
Shafqat Ali
*Plaintiff, Pro Se*
#1 Jalan 2/2J, Twinpalms Sg. Long

COMPLAINT

-9-

Kuala Lumpur, 57000 Malaysia

By: _____
KASHIF ALI
*Plaintiff, Pro Se*
#1 Jalan 2/2J, Twinpalms Sg. Long
Kuala Lumpur, 57000 Malaysia

COMPLAINT