**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants

**SHAFQAT ALI** (appearing pro se)
**KASHIF ALI** (appearing pro se)
#1 Jalan 2/2J, Twinpalms Sg. Long
Kuala Lumpur, 57000 Malaysia
Telephone: +60 (14) 99999200
Facsimile: +61 (3) 3012-4287
*info@genuine-pendant.com*

Plaintiffs *Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAFQAT ALI**, an individual, and **KASHIF ALI**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**EHM ALL THINGS HEALTHY, LLC**, and **PLANE GOLF HOLDINGS, LLC**,<br><br>Defendants. | Case No. 3:12-cv-01799-CRB<br><br>**STIPULATION [AND ORDER] TO DISMISS COMPLAINT WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED between Plaintiffs Shafqat Ali and Kashif Ali, and
2  Defendants EHM All Things Healthy, LLC and Plane Golf Holdings, LLC (collectively, the
3  "Parties"), that the above-captioned action and all claims against Defendants are hereby
4  dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), with all Parties bearing
5  their own fees and costs.

7  **IT IS SO STIPULATED.**
8  DATED: August 9, 2012                          KRONENBERGER ROSENFELD, LLP

10                                               By:   s/Jeffrey M. Rosenfeld
11                                                     Jeffrey M. Rosenfeld
12                                               Attorneys for Defendants

14  DATED: August 9, 2012

15                                               By:   s/Shafqat Ali
                                                        Shafqat Ali

17                                               Plaintiff, appearing *pro se*

18  DATED: August 9, 2012
19                                               By:   s/Kashif Ali
                                                        Kashif Ali

20                                               Plaintiff appearing *pro se*

22  **IT IS SO ORDERED.**

23  DATE: August 10, 2012                         By: 

Case No. 3:12-cv-01799-CRB         1         STIP. [AND ORDER] TO DISMISS
                                                 COMPLAINT WITH PREJUDICE